926

No. 91–482. Roca-Suarez v. United States. C. A. 9th Cir. Certiorari denied.

No. 91–5005. Jordan et al. v. Thomas, Warden. C. A. 11th Cir. Certiorari denied.

No. 91–5047. Kelley v. United States. C. A. 10th Cir. Certiorari denied.

No. 91–5191. Blade v. California. Sup. Ct. Cal. Certiorari denied.

No. 91–5297. Butler v. United States District Court for the Southern District of California. C. A. 9th Cir. Certiorari denied.

No. 91–5321. Bagby v. Kuhlmann, Superintendent, Sullivan Correctional Facility. C. A. 2d Cir. Certiorari denied.

No. 91–5336. Beasley v. United States. C. A. 11th Cir. Certiorari denied.

No. 91–5469. Merit v. United States. C. A. 5th Cir. Certiorari denied.

No. 91–5505. Hill v. United States. Ct. App. D. C. Certiorari denied.

No. 91–5595. Schlicher v. Roberts et al. C. A. 10th Cir. Certiorari denied.

No. 91–5605. Lawrence v. Michigan. Sup. Ct. Mich. Certiorari denied.

No. 91–5610. Doyle v. Singletary, Secretary, Florida Department of Corrections. C. A. 11th Cir. Certiorari denied.

No. 91–5616. Sueing v. Brown et al. C. A. 6th Cir. Certiorari denied.

No. 91–5618. Vey v. Casey. C. A. 3d Cir. Certiorari denied.

No. 91–5619. Lavers v. Arizona. Sup. Ct. Ariz. Certiorari denied.